FILED
CLERK, U.S. DISTRICT COURT

6/13/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SANDRA M. LAIGLE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | No. 5:18-cv-01701-SK <br><br> <u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED NINETY-EIGHT DOLLARS AND 32/100 ($3,798.32) subject to the terms of the stipulation.

DATE: June 13, 2019  _____

STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-